Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@ toddflaw.com
***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENLEY HARDIN, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-02002-SVW-SK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| MESSAGE COMMUNICATIONS, INC. and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without

prejudice as to the individual and class claims.  Defendant has neither answered

Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this

case was filed as a class action, no class has been certified, and court approval of

this voluntary dismissal is therefore not required under Rule 23(a) of the Federal

Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 3rd day of July, 2019.

By:    s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 3rd day of July, 2019, with:

United States District Court CM/ECF system

Notification sent on this 3rd day of July, 2019, via the ECF system to:

Honorable Judge Stephen V. Wilson
United States District Court
Central District of California

And to all interested parties

This 3rd day of July, 2019.
By: s/Todd M. Friedman
        Todd M. Friedman